David Lin, Esq.
David@iLawco.com
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
*Attorney for Plaintiff LaRochell Beauty, LLC*
*and Counterclaim-Defendants Ayman Khourshed and Sally Alkamary*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAROCHELL BEAUTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEAMING WHITE, LLC, BOXY CHARM, INC., and FABFITFUN, INC., <br><br> Defendants. | Case No. 3:22-cv-05398-MAS-JBD <br><br><br> **COUNTERCLAIM-DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIMS** |
| BEAMING WHITE, LLC, <br><br> Counterclaim-Plaintiff <br><br> v. <br><br> LAROCHELL BEAUTY LLC, AYMAN A. KHOURSHED, and SALLY I. ALKAMARY, <br><br> Counterclaim-Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff and Counterclaim-Defendant LaRochell Beauty, LLC, and Counterclaim-Defendants Ayman A. Khourshed and Sally I. Alkamary by their attorneys, Lewis & Lin, LLC, shall move before the United States District Court for the District

of New Jersey, located at Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street, Trenton, New Jersey, on August 4 2025, for the entry of an Order dismissing with prejudice Defendant Beaming White, LLC's First Amended Counterclaims (ECF No. 103) for failure to state a claim under Fed. R. Civ. P. 12(b)(6), as set forth fully in the accompanying Memorandum of Law. Counterclaim-Defendants respectfully request entry of an Order in the proposed form attached hereto granting this Motion.

Dated: July 10, 2025

Respectfully Submitted,

 _/s/ David D. Lin_____
David Lin, Esq.
LEWIS & LIN, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
david@ilawco.com
*Attorney for Plaintiff LaRochell
Beauty LLC and Counterclaim-
Defendants Ayman Khourshed and
Sally Alkamary*
