**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LAROCHELL BEAUTY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEAMING WHITE, LLC, BOXY CHARM, INC., and FABFITFUN, INC., <br><br> Defendants. <br><br> BEAMING WHITE, LLC, <br><br> Counterclaim-Plaintiff <br><br> v. <br><br> LAROCHELL BEAUTY LLC, AYMAN A. KHOURSHED, and SALLY I. ALKAMARY, <br><br> Counterclaim-Defendants. | Case No. 3:22-cv-05398-MAS-JBD <br><br> **[PROPOSED] ORDER DISMISSING DEFENDANT BEAMING WHITE'S COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

Upon consideration of the Motion to Dismiss Defendant Beaming White's Counterclaims filed by Counterclaim-Defendants, LaRochell Beauty, LLC, Ayman A. Khourshed, and Sally I. Alkamary for the entry of an Order dismissing Defendant and Counterclaim-Plaintiff Beaming White's First Amended Counterclaims (ECF No. 103) for failure to state a claim under Fed. R. Civ. P. 12(b)(6) with prejudice, and the Court having considered the application in support thereof, and any opposition thereto, if any, and having heard oral argument, if any, and for other good cause having been shown,

IT IS ON THIS _____ day of _____, 2025

1

**ORDERED** that the Counterclaim-Defendants' Motion to Dismiss Beaming White's First Amended Counterclaims is **GRANTED**;

and **IT IS FURTHER ORDERED** that Defendant and Counterclaim-Plaintiff Beaming White's First Amended Counterclaims (ECF No. 103) are **DISMISSED** with prejudice.

_____
The Honorable Michael Shipp, U.S.D.J.